FILED
U.S. District Court
District of Kansas
09/23/2026
Clerk, U.S. District Court
By: MV Deputy Clerk

# UNITED STATES DISTRICT COURT

## District of Kansas

(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**FILED UNDER SEAL**

**v.**

**CASE NO. 26-10150-JMK**

**DAVION ATKINSON,**
a/k/a "Scooter",
**LAFAYETTE WASHINGTON,**
a/k/a "Dirty",
a/k/a "Dirtydotcom",
**MATTHEW DECKER,**
**BRANDON CHICALAS,**
a/k/a "Iso",
**AHMAUD SMITH,**
**NEVIN NICHOLS,**
**JOSE VILLA, JR.,**
**KENTON MAURICE WILLIAMS,**
and **BRANDY GLOVER**

**Defendants.**

## MOTION TO FILE A REDACTED INDICTMENT

The United States of America, by and through its counsel, Katherine J. Andrusak, Assistant United States Attorney for the District of Kansas, hereby moves for an Order to file a Fourth Redacted Indictment in this case as defendant's are arrested, and unsealed

only as to each defendant arrested, at which time a new redacted indictment will be provided to the court, until all defendants are in custody.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

*s/ Katherine J. Andrusak*
KATHERINE J. ANDRUSAK
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
K.S.Ct.No. 25961
E-mail: katie.andrusak@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system.

*s/ Katherine J. Andrusak*
KATHERINE J. ANDRUSAK
Assistant U.S. Attorney